**Nos. 23-20181, 23-20363, 23-20450, 23-20451**

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: SERTA SIMMONS BEDDING, L.L.C.,

*Debtor.*

EXCLUDED LENDERS, ET AL.,

*Appellants,*

v.

SERTA SIMMONS BEDDING, L.L.C., ET AL.,

*Appellees.*

CITADEL EQUITY FUND, LIMITED,

*Appellant,*

v.

SERTA SIMMONS BEDDING, L.L.C., ET AL.,

*Appellees.*

AD HOC GROUP OF NON-PTL LENDERS, ET AL.,

*Appellants,*

v.

SERTA SIMMONS BEDDING, L.L.C., ET AL.,

*Appellees.*

EXCLUDED LENDERS,

*Appellants,*

v.

SERTA SIMMONS BEDDING, L.L.C.,

*Appellee.*

On Direct Appeal from the United States Bankruptcy Court for the
Southern District of Texas, Houston Division, Bankruptcy Case Nos. 23-
BK-90020 (DRJ); 23-AP-09001 (DRJ)
Appeals pending in the United States District Court for the
Southern District of Texas, Houston Division, Nos. 23-CV-01342 (ASH);
23-CV-01344 (ASH)

## MOTION FOR EXTENSION OF TIME TO FILE REHEARING PETITIONS

Gregory Silbert
  *Counsel of Record*
David J. Lender
Luna Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
gregory.silbert @weil.com

Gabriel A. Morgan
Stephanie N. Morrison
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 546-5000

*Counsel for Serta Simmons
Bedding, LLC*

Matthew D. McGill
  *Counsel of Record*
Jessica L. Wagner
David W. Casazza
Christian Dibblee
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
(202) 955-8500
mmcgill@gibsondunn.com

Scott Greenberg
C. Lee Wilson
Jason Z. Goldstein
Akiva Shapiro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Bruce Ruzinsky
JACKSON WALKER LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010
(713) 752-4200

-

*Counsel for Barings, LLC, Boston Management and Research, Credit Suisse Asset Management,[1] Eaton Vance Management, and Invesco Senior Secured Management, Inc.[2]*

---

[1] As noted in the July 8, 2024 letter from counsel to the Court, Credit Suisse Asset Management merged into another entity and thus no longer exists. *See* Dkt. 226.

[2] And additional entities denoted in the Notices of Appearance filed in Appeal No. 23-20450.

-

These consolidated appeals present important and novel legal issues arising from the Chapter 11 reorganization of Serta Simmons Bedding, LLC and its affiliates (collectively, "Serta") in January 2023. On December 31, 2024, this Court issued a 54-page opinion that resolved four appeals and several dispositive motions. Under the default timeline established by Federal Rule of Appellate Procedure 40(d)(1), any petition for rehearing by the original panel or by the *en banc* Court must be filed by January 14, 2025. Appellees respectfully request a 21-day extension of the deadline for petitions for rehearing, extending the deadline for any petition for panel rehearing or rehearing *en banc* to February 4, 2025. Counsel for Appellees conferred with counsel for Appellants, who consent to the relief requested by this motion.

The panel opinion in these consolidated appeals addresses several complicated questions of law, including jurisdictional issues, important bankruptcy issues, and important questions of New York contract law. As the panel noted, other transactions may resemble the one at issue in these appeals. *See* Slip Op. 54. The disposition of these issues accordingly may impact other syndicated lending arrangements and reorganizations. Appellees are reviewing the panel's disposition of these

issues and are considering whether it is appropriate to seek rehearing or rehearing en banc.

Appellees take seriously this Court's admonition that only "the most compelling reasons" may support an extension of time for a rehearing petition.  5th Cir. R. 40.2.4.  Here, an extension of time is warranted because lead counsel for the Lender Appellees is preparing for oral argument before the Supreme Court in *Waetzig v. Halliburton Energy Services, Inc.*, which will occur on January 14, 2025, the same day that any petitions are due under the default schedule in these appeals. Lead counsel for Serta is likewise preparing for oral argument on the same day before the New York Appellate Division in *IS Company, LLC v. Olsen*, No. 2024-00870.

An extension will enable Appellees to complete their analysis of whether a petition for rehearing is appropriate, and (if they proceed with such a petition) to present their arguments in a manner that is efficient and helpful to the Court.  The determination whether to seek rehearing, and if so, on what grounds, will require consultation with numerous clients.

The requested 21-day extension will ensure that lead counsel for the Lender Appellees and Serta can participate fully in those discussions. The extension will not prejudice any party.

Appellees respectfully request that the Court extend the deadline for filing any petitions for rehearing, either by the panel or the *en banc* Court, to February 4, 2025.

Dated:  January 7, 2025

*/s/ Gregory Silbert*

Gregory Silbert
  *Counsel of Record*
David J. Lender
Luna Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
gregory.silbert @weil.com

Gabriel A. Morgan
Stephanie N. Morrison
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 546-5000

*Counsel for Serta Simmons Bedding, LLC*

Respectfully submitted,

*/s/ Matthew D. McGill*

Matthew D. McGill
  *Counsel of Record*
Jessica L. Wagner
David W. Casazza
Christian Dibblee
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
mmcgill@gibsondunn.com

Scott Greenberg
C. Lee Wilson
Jason Z. Goldstein
Akiva Shapiro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Bruce Ruzinsky
JACKSON WALKER LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010
(713) 752-4200

*Counsel for Barings, LLC, Boston Management and Research, Credit Suisse Asset Management, Eaton Vance Management, and Invesco Senior Secured Management, Inc.*[3]

---

[3] And additional entities denoted in the Notices of Appearance filed in Appeal No. 23-20450.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2025, I electronically filed the foregoing response with the Clerk for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

January 7, 2025

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
mmcgill@gibsondunn.com